UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, JR., | No. 2:19-cv-2321 AC P |
| Petitioner, | |
| v. | ORDER |
| MICHAEL MARTEL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed his traverse along with a request for a copy of his traverse and for the court to serve the traverse on respondent. ECF Nos. 15, 16. He states that due to current quarantine procedures, he has been unable to obtain a copy of the traverse and the attached exhibits are originals. ECF No. 15. Although the court does not typically provide copies, in light of the brief nature of the traverse and the current, exceptional circumstances, petitioner's request for a copy will be granted. The court will further excuse petitioner from serving a paper copy of the traverse on respondent and consider respondent served by the electronic copy received through the court's electronic filing system.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for copies and service on respondent, ECF No. 15, is granted.

2. The Clerk of the Court is directed to send petitioner a copy of his traverse, ECF No. 16.

3. Petitioner is excused from serving a paper copy of the traverse on respondent.

DATED: March 24, 2020

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE